United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHAUN LEE BABINEAUX, § § Plaintiff, § § VS. § HOUSTON INDEPENDENT SCHOOL § DISTRICT, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-2705 |

### ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on July 19, 2021 (Doc. #106). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. As such, this case is hereby DISMISSED.

It is so ORDERED.

AUG 0 9 2021
Date

The Honorable Alfred H. Bennett
United States District Judge